**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

WILLARD LAMAR SMITH,

        Plaintiff,

-vs-

LEXISNEXIS RISK SOLUTIONS, INC.,

        Defendants.

CASE NO. 1:24-cv-02047-ELR-JCF

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO LEXISNEXIS RISK SOLUTIONS, INC.,

COMES NOW Plaintiff, WILLARD LAMAR SMITH, and Defendant, LEXISNEXIS RISK SOLUTIONS, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff, against Defendant, LEXISNEXIS RISK SOLUTIONS, INC., in the above-styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Dated this 11th day of September 2024.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd, Suite 610

**/s/ Kearstin Harumi Sale**
Kearstin  Harumi Sale
Georgia Bar No.: 650510
Troutman Pepper Hamilton Sanders LLP
600 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30308

Tampa, FL 33602
Cell: (813) 299-8537
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

Tel.: (404) 885-3893
Facsimile: (404) 885-3900
Kearstin.Sale@Troutman.Com
*Attorney for Defendant LexisNexis Risk Solutions, Inc.*